

# IN THE
# TENTH COURT OF APPEALS

———————

### No. 10-14-00284-CV

———————

## IN THE INTEREST OF A.J.M. AND A.R.M., CHILDREN

———————

**From the 378th District Court
Ellis County, Texas
Trial Court No. 80226D**

---

## ORDER

---

Appellee's Motion to Extend Time to File Appellee's Brief was filed on November 18, 2015. In the motion, counsel asserts that he has not been able to retrieve appellee's file from appellee's previous counsel who has died. The Court has been informed that appellee may retrieve appellee's file from:

The Law Offices of Gregory E. Wilhelm, P.C.
508 South 9th Street
Midlothian, Texas 76065
(972) 351-0041

Accordingly, appellee's motion is granted. Appellee's brief is due January 22, 2016.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted
Order issued and filed December 3, 2015

